People v Scarbrough (2025 NY Slip Op 05427)





People v Scarbrough


2025 NY Slip Op 05427


Decided on October 3, 2025


Appellate Division, Fourth Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on October 3, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, OGDEN, AND GREENWOOD, JJ. (Filed Oct. 3, 2025.) 


MOTION NO. (711/18) KA 16-02262 AND KA 16-02264.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
vLESTER SCARBROUGH, DEFENDANT-APPELLANT.



MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.









